KUTAK ROCK LLP
Peter J. Barrett (VSB No. 46179)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
(804) 644-1700
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Nathan Clay Grubb, | ) | |
| | ) | Case No. 21-32913-KLP |
| Debtor. | ) | |

**ORDER EXTENDING TIME TO OBJECT TO THE
GRANTING OF THE DEBTOR'S DISCHARGE AND TO EXTEND
TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

This matter came before the Court upon Peter J. Barrett, Trustee's Motion To Extend Time To Object To The Granting Of The Debtor's Discharge And To Extend Time To File A Complaint Objecting To Discharge (the "Motion"). The Court having reviewed the Motion, and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and no objections having been received;

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C.  Notice of the Motion (and service of the proposed order) was sufficient under the circumstances.

D.  The Motion is in full compliance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court.

IT IS HEREBY ORDERED THAT:

1.  The Motion is hereby GRANTED.

4888-2026-1648.2

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3. The time to object to the granting of the discharge and the time to file a complaint objecting to the Debtor's discharge is extended to and including May 31, 2022.

4. Upon entry the Clerk shall serve copies of this Order on all parties listed on the Service List attached hereto.

Entered: May 16 2022

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: May 17 2022

I ask for this:

 /s/ Peter J. Barrett
Peter J. Barrett (Va. Bar No. 46179)
Kutak Rock LLP
901 East Byrd Street, Suite 1000
Richmond, VA  23219
Telephone: (804) 644-1700
Telecopy: (804) 783-6192
peter.barrett@kutakrock.com
*Chapter 7 Trustee*

4888-2026-1648.2

## **CERTIFICATION**

      I hereby certify that pursuant to Local Rule 9022-1, the foregoing Order Extending Time To Object To the Granting Of The Debtor's Discharge And To Extend Time To File A Complaint Objecting To Discharge has been either seen and/or endorsed by all necessary parties.

                        */s/ Peter J. Barrett*
                          Trustee

4888-2026-1648.2

## SERVICE LIST

Kathryn R. Montgomery, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA  22101
*Counsel for Debtor*