UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

```
-----------------------------------------------------------X
In re:                                              :     Chapter 7
                                                    :
Nathan Clay Grubb                                   :     No. 21-32913-KLP
                                                    :
                Debtor.                             :
                                                    :
-----------------------------------------------------------X
```

ORDER GRANTING MOTION TO EXTEND TIME
FOR FILING CONVERSION DOCUMENTS

UPON CONSIDERATION of Debtor's MOTION TO EXTEND TIME FOR FILING CONVERSION DOCUMENTS, proper notice having been given and no objections having been filed, and

IT APPEARING to the Court that said Application should be granted, it is hereby

ORDERED that the Motion is GRANTED and that Debtor's deadline to file his Schedule of any unpaid debts, Chapter 7 Statement of Current Monthly Income and Statement of Intention is extended to April 29, 2022.

Richmond, Virginia

Date: May 16 2022

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered on Docket: May 17 2022

**I ASK FOR THIS:**

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
*Counsel for the Debtor*

**CERTIFICATION**

The undersigned certifies that the foregoing Order has been endorsed by or on behalf of all necessary parties and counsel herein pursuant to Local Rule 9022-1.

                                           /s/ Daniel M Press
                                           Daniel M. Press

cc (by CM/ECF):

Counsel for Debtor
U.S. Trustee