**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re

Nathan Clay Grubb,                                    Case No. 21-32913-KLP
                                                      Chapter 7
    Debtor(s).

**ORDER EXTENDING TIME (1) TO FILE A COMPLAINT**
**TO OBJECT TO THE DISCHARGE AND (2) TO FILE A**
**MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

This matter came before the Court upon the United States Trustee's Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. §707 (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The last day to file a complaint to object to the above captioned Debtor's discharge or to file a motion to dismiss this case is extended through and including August 1, 2022.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

**Dated:** May 18 2022

                                                            /s/ Keith L Phillips
                                                          **Keith L. Phillips**
                                                          **Bankruptcy Judge**
                                                **United States Bankruptcy Court**

                                                 Entered On Docket: May 19 2022

---

Kathryn R. Montgomery, Esq., AUST (Va. Bar No. 42380)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Jason B. Shorter, Esq. (Va. Bar No. 80929)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:

/s/ Jason B. Shorter
Jason B. Shorter, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219

# **CERTIFICATION**

      I hereby certify that this Order has been either served on or endorsed by all necessary parties.

/s/ Jason B. Shorter
Jason B. Shorter

## SERVICE LIST

Nathan Clay Grubb
215 E Poythress St.
Hopewell, VA 23860

Daniel Press, Esq
6718 Whittier Ave, Ste 200
Chung & Press, P.C.
Mclean, VA 22101

Peter Barrett, Esq.
Kutak Rock, LLP
901 E Byrd Street, Ste. 1000
Richmond, VA 23219

Jason B. Shorter, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219