# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that as of May 16, 2025, the appearance of Shannon Pecoraro in the attached list of cases as counsel for the United States Trustee is hereby withdrawn, and Kathryn R. Montgomery is substituted in as counsel of record.

Date:  May 16, 2025        By:    /s/ Shannon Pecoraro
                                  Shannon Pecoraro (VSB No. 46864)

                                  /s/ Kathryn R. Montgomery
                                  Kathryn R. Montgomery (VSB No. 42380)
                                  Assistant United States Trustee
                                  701 East Broad Street - Suite 4304
                                  Richmond, VA 23219
                                  Telephone (804) 771-2310

## CERTIFICATE OF SERVICE

I certify that on May 16, 2025, a true copy of the foregoing Withdrawal and Substitution was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all parties registered for electronic notices in each of the cases identified in the list attached hereto.

                                  /s/ Kathryn R. Montgomery
                                  Kathryn R. Montgomery

---

Kathryn R. Montgomery (VSB No. 42380)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310

| Case No. | Case Title |
| --- | --- |
| 10-33660-KLP | James Fred Sumpter |
| 10-36398-KRH | Henry L. Wilton |
| 19-34574-KRH | LeClairRyan PLLC |
| 21-30347-KLP | David Wayne Schneider |
| 21-32913-KLP | Nathan Clay Grubb |
| 23-30350-KRH | Samuel Lee Hall |
| 23-31058-KLP | John Charles Hendricks |
| 23-32434-KRH | Niles A. Goode |
| 23-32819-KLP | Gary William Brockwell, II |
| 23-33091-KRH | Stacey Elizabeth Fleming Lyons |
| 23-33170-KLP | Stephanie A Wyche |
| 23-33480-KHK | Tarif W Pouncy |
| 24-30491-KRH | Daniel Construction of VA, LLC |
| 24-30508-KLP | Renee Realty, L.L.C. d/b/a Slate Hill Winery, L.L.C |
| 24-30513-KLP | Joseph Lyman Mummert, Jr and Sabrina Marie Mummert |
| 24-31867-KHK | William Lomba Finnell |
| 24-32023-KHK | Justin Wayland Dingus and Kimberly Ann Weiler |
| 24-32545-KLP | John D. Childress, III |
| 24-32615-KRH | Christopher Paul Hazel |
| 24-33369-KRH | Jennifer Rebecca Poulston |
| 24-33577-FJS | Cecil J. Parker, IV and Melanie B. Parker |
| 24-33833-FJS | Kenneth James Akers |
| 24-34051-KLP | Charles William Sharp |
| 24-34365-KHK | Stephen Daniel Clark |
| 25-30191-FJS | Thomas Sharp |
| 25-30382-KLP | Christina Marie Posey |
| 25-30397-KHK | Hector Aldo Moya and Joyce Catherine Corbin Moya |
| 25-30531-KLP | Tonia Denise Williams |
| 25-30706-BFK | Carl Edward Joseph, Jr. and Renee Marie Joseph |
| 25-31223-KLP | Louis J. Volel and Marie C.V. Roger |
| 18-30708-KRH | Bringing God's Word to Life Ministries |
| 20-30888-KLP | Virginias Resources Recycled, LLC |
| 23-03011-KLP | Fitzgerald, III v. Rahman- Lead BK: 22-31106-KLP Mahabubur Rahman |
| 24-00301-KRH | Lead BK: 24-32478-KRH Jeannette Levetas Pauley |