## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In Re:                              §
                                    §
Nathan Clay Grubb                   §        Case No. 21-32913
                                    §
                Debtor              §
                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter Barrett, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,704,998.00 *(Without deducting any secured claims)* | Assets Exempt: 29,253.00 |
| Total Distributions to Claimants: 133,652.91 | Claims Discharged Without Payment: 313,671.84 |
| Total Expenses of Administration: 30,767.09 | |

3) Total gross receipts of $164,420.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $164,420.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $290,500.00 | $1,164,428.57 | $1,164,428.57 | $133,652.91 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,356.92 | 27,362.02 | 27,362.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 0.00 | 5,962.50 | 3,405.07 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 13,704.55 | 13,704.55 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,421.00 | 2,046.29 | 2,046.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $297,921.00 | $1,212,536.33 | $1,213,503.93 | $164,420.00 |

4)  This case was originally filed under chapter  on 09/27/2021, and it was converted to chapter 7 on 02/01/2022.  The case was pending for 40 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2025                    By:/s/Peter Barrett
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25600 Doe Dr Petersburg VA 23803-0000 Dinwiddie County | 1110-000 | 149,920.00 |
| Default Contract Fee (u) | 1249-000 | 14,500.00 |
| TOTAL GROSS RECEIPTS | | $164,420.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Hopewell Treasurer | | 5,500.00 | NA | NA | 0.00 |
| | Economic Development Authority | | 0.00 | NA | NA | 0.00 |
| | Primis Bank | | 150,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Truist Bank | | 135,000.00 | NA | NA | 0.00 |
| 3 | City Of Hopewell | 4110-000 | NA | 13,704.55 | 13,704.55 | 0.00 |
| 8 | Economic Development Authority | 4110-000 | NA | 472,937.40 | 472,937.40 | 0.00 |
| | Gordon Dodson Gordon & Rowlett | 4110-000 | NA | 133,652.91 | 133,652.91 | 133,652.91 |
| 4 | Morgan Stanley Mortgage Capital Holdings Llc | 4110-000 | NA | 151,398.46 | 151,398.46 | 0.00 |
| 5 | Primis Bank - Commercial Banking | 4110-000 | NA | 272,209.94 | 272,209.94 | 0.00 |
| 6 | Primis Bank - Commercial Banking | 4110-000 | NA | 120,525.31 | 120,525.31 | 0.00 |
| TOTAL SECURED CLAIMS | | | $290,500.00 | $1,164,428.57 | $1,164,428.57 | $133,652.91 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter Barrett | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Peter Barrett | 2200-000 | NA | 413.31 | 413.31 | 413.31 |
| Gordon Dodson Gordon & Rowlett | 2500-000 | NA | 100.00 | 100.00 | 100.00 |
| Axos Bank | 2600-000 | NA | 292.81 | 292.81 | 292.81 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gordon Dodson Gordon & Rowlett | 2700-000 | NA | 166.50 | 166.50 | 166.50 |
| Gordon Dodson Gordon & Rowlett | 2820-000 | NA | 3.79 | 3.79 | 3.79 |
| Kutak Rock LLP | 3110-000 | NA | 19,994.90 | 15,000.00 | 15,000.00 |
| Kutak Rock LLP | 3120-000 | NA | 388.81 | 388.81 | 388.81 |
| Gordon Dodson Gordon & Rowlett | 3510-000 | NA | 5,996.80 | 5,996.80 | 5,996.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $32,356.92 | $27,362.02 | $27,362.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation: Trustee Donna J. Hall | 6101-000 | NA | 0.00 | 5,962.50 | 3,405.07 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $0.00 | $5,962.50 | $3,405.07 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | City Of Hopewell | 5800-000 | NA | 13,704.55 | 13,704.55 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $NA | $13,704.55 | $13,704.55 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dominion Virginia Power | | 7,181.00 | NA | NA | 0.00 |
| | Virginia American Water | | 240.00 | NA | NA | 0.00 |
| 11 | Ashley Funding Services, Llc | 7100-000 | NA | 300.00 | 300.00 | 0.00 |
| 1 | Bb&T Now Truist, Bankruptcy Section | 7100-000 | NA | 53.35 | 53.35 | 0.00 |
| 2 | Suntrust Bank Now Truist Bank | 7100-000 | NA | 592.39 | 592.39 | 0.00 |
| 7 | Truist Bank | 7100-000 | NA | 437.43 | 437.43 | 0.00 |
| 9 | Truist Bank | 7100-000 | NA | 519.37 | 519.37 | 0.00 |
| 10 | Virginia American Water | 7100-000 | NA | 143.75 | 143.75 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $7,421.00 | $2,046.29 | $2,046.29 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 21-32913 | KLP |
| Case Name: | Nathan Clay Grubb | |
| For Period Ending: | 05/12/2025 | |

| | |
|---|---|
| Judge: | Keith L. Phillips |

| | |
|---|---|
| Trustee Name: | Peter Barrett |
| Date Filed (f) or Converted (c): | 02/01/2022 (c) |
| 341(a) Meeting Date: | 03/01/2022 |
| Claims Bar Date: | 07/05/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Lots 1R, 2R, 3R, 4R, 5R and 6R, Block 5 West City Point Hopewell VA 23860-0000 Hopewell City County | 1,300,000.00 | 1,119,499.00 | | 0.00 | FA |
| 2.  25600 Doe Dr Petersburg VA 23803-0000 Dinwiddie County | 150,000.00 | 14,999.00 | | 149,920.00 | FA |
| 3.  Chevy Impala 2013 110,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 4.  Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  Household electronics | 200.00 | 0.00 | | 0.00 | FA |
| 6.  Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Dog | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 9.  Battle Boats, LLC 100% of ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10. G K Properties, LLC Owns raw land (58 ac.) in Prince George County VA. It appears that Debtor's ex-wife is trying to assert control over this asset. 100% of ownership | 400,000.00 | 399,999.00 | | 0.00 | FA |
| 11. pension Millwright Union pension (defined benefit) | 0.00 | 0.00 | | 0.00 | FA |
| 12. ERISA Millwright Union retirement annuity | 0.00 | 0.00 | | 0.00 | FA |
| 13. Potential 2019-20 state and federal tax refunds. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Louis Stevenson - rent owed | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 15. Benny Jones - rent ($10,000) and stolen property ($100,000). | 0.00 | 0.00 | | 0.00 | FA |
| 16. Judgment against Boney Grove ($2506 from 10/2011). Collectability doubtful | 0.00 | 0.00 | | 0.00 | FA |
| 17. Claim against City of Hopewell re lease/transfer of fire boat. | 0.00 | 0.00 | | 0.00 | FA |
| 18. Claim against City of Hopewell EDA for intentional interference with contract, etc. | 0.00 | 0.00 | | 0.00 | FA |
| 19. Insurance claim related to damage to rental house in Dinwiddie. | 0.00 | 0.00 | | 0.00 | FA |
| 20. Claims against various parties (Gary Williams, George Kranitzky, Chinese party, Bill Lawson), arising out of JetPac investment. | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 21-32913 | KLP | Judge: | Keith L. Phillips | | Trustee Name: | Peter Barrett |
| Case Name: | Nathan Clay Grubb | | | | | Date Filed (f) or Converted (c): | 02/01/2022 (c) |
| | | | | | | 341(a) Meeting Date: | 03/01/2022 |
| For Period Ending: | 05/12/2025 | | | | | Claims Bar Date: | 07/05/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21.  Possible claims against George Kranitzky and/or Nelia Grubb related to GK Properties, LLC misappropriation. | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Default Contract Fee (u) (u) | 0.00 | 25,000.00 | | 14,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,884,250.00 | $1,589,497.00 | | $164,420.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

***Trustee Quarterly Review***

Exhibit 8

4/25/2022 - UST authorized asset sales to pay GUCs and chapter 11 admin creditors; realtor contacted


***Trustee Quarterly Review***

8/24/2022 - Working on Doe Dr. insurance proceeds and sale offer; need to investigate sale of property to ex-wife/father in law

***Trustee Quarterly Review*** 12/12/2022
-Received sale offer; need to investigate sale of property to ex-wife/father in law and potential bad faith insurance claim

***Trustee Quarterly Review*** 04/03/2023
Collecting default payment; potential carve out with secured creditor on Dinwiddie property; need to investigate sale of property to ex-wife/father in law and potential bad faith insurance claim

***Trustee Quarterly Review*** 06/13/2023
-Potential carve out with secured creditor on Dinwiddie property; need to investigate sale of property to ex-wife/father in law and potential bad faith insurance claim.


***Trustee Quarterly Review*** 10/16/2023

-Potential carve out with secured creditor on Dinwiddie property; need to investigate sale of property to ex-wife/father in law and potential bad faith insurance claim.

Trustee Quarterly Review 03/29/2023
-Collecting default payment; waiting for sale to close with potential carve out with secured creditor on Dinwiddie property

Quarterly Notes 08/26/2024
-sale closed; need KR fee app filed and then ready for TFR

Quarterly Notes 10/23/2024
-TFR filed




Initial Projected Date of Final Report (TFR): 10/31/2023        Current Projected Date of Final Report (TFR): 12/31/2024

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 21-32913 | |
| Case Name: Nathan Clay Grubb | |

| | |
|---|---|
| Trustee Name: Peter Barrett | |
| Bank Name: Axos Bank | |
| Account Number/CD#: XXXXXX0713 | |
| | Checking |
| Blanket Bond (per case limit): $3,000,000.00 | |
| Separate Bond (if applicable): | |

Taxpayer ID No:
For Period Ending: 05/12/2025

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/22 | 22 | JD Property Solutions Cashiers Check | Contract default payment - for deposit | 1249-000 | $12,500.00 | | $12,500.00 |
| 01/26/23 | 22 | Tyrin Miller cashiers check | Defaulted contract fee - installment payment - for deposit | 1249-000 | $1,000.00 | | $13,500.00 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.98 | $13,486.02 |
| 02/24/23 | 22 | Tyrin Miller Cashiers check | Defaulted Contract Fee Defaulted contract payment - for deposit | 1249-000 | $1,000.00 | | $14,486.02 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.63 | $14,472.39 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.98 | $14,456.41 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.45 | $14,440.96 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.94 | $14,425.02 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.41 | $14,409.61 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.91 | $14,393.70 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.89 | $14,377.81 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.36 | $14,362.45 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.86 | $14,346.59 |

Page Subtotals: $14,500.00    $153.41

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 21-32913
Case Name: Nathan Clay Grubb

Trustee Name: Peter Barrett
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0713
Checking

Taxpayer ID No:
For Period Ending: 05/12/2025

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.33 | $14,331.26 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.82 | $14,315.44 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.81 | $14,299.63 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.77 | $14,284.86 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.77 | $14,269.09 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.25 | $14,253.84 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.74 | $14,238.10 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.21 | $14,222.89 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $14,207.19 |
| 08/13/24 | | Gordon Dodson Gordon & Rowlett POB 130 Chesterfield, VA 23832 | Proceeds from Sale of 25600 Doe Drive Petersburg VA 23803 | | $10,000.00 | | $24,207.19 |
| | | | Gross Receipts $149,920.00 | | | | |
| | | | Re Commission paid on Sale of 25600 Doe Dr. Petersburg, VA ($5,996.80) | 3510-000 | | | |
| | | | Wire Transfer Fee-US Bank & Trust ($100.00) | 2500-000 | | | |

Page Subtotals: $10,000.00   $139.40

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 21-32913
Case Name: Nathan Clay Grubb

Taxpayer ID No:
For Period Ending: 05/12/2025

Trustee Name: Peter Barrett
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0713
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Grantor Deed Recording Tax - Co Clerk | ($166.50) | 2700-000 | | | |
| | | | 2nd Half Taxes - 7/1/24 to 8/6/24 | ($136.57) | 2820-000 | | | |
| | | | Selene Finance, L.P. (Lien) | ($133,652.91) | 4110-000 | | | |
| | | | Buyer Credit | $132.78 | 2820-000 | | | |
| | 2 | | 25600 Doe Dr Petersburg VA 23803-0000 Dinwiddie County | $149,920.00 | 1110-000 | | | |
| 09/23/24 | 2003 | Kutak Rock LLP 1021 East Cary Street Suite 810 Richmond, VA 23219 | Distribution | | | | $15,388.81 | $8,818.38 |
| | | Kutak Rock LLP | Payment per court order | ($15,000.00) | 3110-000 | | | |
| | | Kutak Rock LLP | Payment per court order | ($388.81) | 3120-000 | | | |
| 02/18/25 | 2004 | Peter Barrett KUTAK ROCK LLP 1021 East Cary Street, Suite 810 Richmond, VA 23219 | Distribution | | | | $5,413.31 | $3,405.07 |
| | | Peter Barrett | Payment per court order | ($5,000.00) | 2100-000 | | | |
| | | Peter Barrett | Payment per court order | ($413.31) | 2200-000 | | | |
| 02/18/25 | 2005 | Trustee Donna J. Hall Goodman Allen Donnelly 150 Boush Street, Suite 900 Norfolk, VA 23510 | Payment per court order | | 6101-000 | | $3,405.07 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $24,500.00 | $24,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $24,500.00 | $24,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $24,207.19 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Case 21-32913-KLP    Doc 217    Filed 05/21/25    Entered 05/21/25 11:46:02    Desc Main
Document      Page 13 of 14

Net    $24,500.00    $24,500.00

Exhibit 9

Page Subtotals:                        $0.00         $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0713 - Checking | $24,500.00 | $24,500.00 | $0.00 |
| | $24,500.00 | $24,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $139,920.00 |
| Total Net Deposits: | $24,500.00 |
| Total Gross Receipts: | $164,420.00 |

Page Subtotals:                    $0.00        $0.00