UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Nathan Clay Grubb

DEBTOR NAME(S)　　　　　　　　　　　　　　　　　Case No.  21-32913-KLP

Debtor.

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that Peter J. Barrett, Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

CHARRI S. STEWART
CLERK OF COURT

Date: May 23, 2025　　　　　　　　　　　　By: /s/Jillinda Glenn
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET:
May 23, 2025