UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
\_\_\_\_\_Richmond\_\_\_\_\_ Division

In re:  Nathan Clay Grubb

DEBTOR NAME(S)                                        Case No.   21-32913-KLP

           Debtor.

_____

ORDER DISCHARGING TRUSTEE AND CLOSING CASE

_____

It appearing to the Court that  Peter J. Barrett_____, Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

                                                                CHARRI S. STEWART
                                                                CLERK OF COURT

Date:  May 23, 2025_____            By: /s/Jillinda Glenn_____
                                                                     Deputy Clerk

                                                                NOTICE OF JUDGMENT ORDER
                                                                ENTERED ON DOCKET:
                                                                 May 23, 2025_____

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 21-32913-KLP |
| Nathan Clay Grubb | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: JillGlenn | Page 1 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: pdford5 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nathan Clay Grubb, 215 E Poythress St, Hopewell, VA 23860 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adolyn Clark Wyatt | on behalf of Trustee Peter J. Barrett adolyn.wyatt@kutakrock.com amanda.nugent@kutakrock.com;jeremy.williams@kutakrock.com |
| D. Carol Sasser | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC dsasser@siwpc.com ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Daniel M. Press | on behalf of Debtor Nathan Clay Grubb dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Donna J. Hall | on behalf of Trustee Donna Joyce Hall dhall10@travelers.com dmorris@goodmanallen.com |
| Jeremy S. Williams | on behalf of Trustee Peter J. Barrett jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com;adolyn.wyatt@kutakrock.com |
| Kathryn R. Montgomery | on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov Shannon.pecoraro@usdoj.gov;shannon.m.tingle@usdoj.gov;Britni.C.Bowles@usdoj.gov;Michael.F.McMahon@usdoj.gov |

Keith M. Yacko
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association keiyacko@raslg.com, ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Matthew W. Cheney
    USTPRegion04.RH.ECF@usdoj.gov

Peter J. Barrett
    peter.barrett@kutakrock.com  charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com

Peter J. Barrett
    on behalf of Trustee Peter J. Barrett peter.barrett@kutakrock.com charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Roy M. Terry, Jr.
    on behalf of Creditor Primis Bank roymterry@gmail.com

William Gray
    on behalf of Creditor Economic Development Authority of the City of Hopewell bgray@sandsanderson.com sryan@sandsanderson.com

TOTAL: 12